1

2

3

4              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON
5                       AT SEATTLE

6   JAMES WINSTON DANIELS II, et al.,

7                    Plaintiff(s),
                                                NO. C07-259P
8          v.
                                                MINUTE ORDER
9   CONAGRA, INC.,

10                   Defendant(s).

11

12

13         The following minute order is made by the direction of the court, the Honorable Marsha J.

14  Pechman:

15         The Court has received and reviewed the parties' proposed Agreed Protective Order of

16  Confidentiality.  The proposed order contains no provision for requesting permission of the Court to

17  seal confidential documents which are intended to be filed with the Court.  The parties are referred to

18  Local Rule 5(g).

19         Any protective order concerning the filing of sealed documents must conform to the

20  requirements of the Local Rules.

21         Filed this 11th day of April, 2007.

22                                      BRUCE RIFKIN, Clerk

23
                                        By      /s Mary Duett
24                                              Deputy Clerk

25

26  MINUTE ORDER