1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

JAMES WINSTON DANIELS, II, and
LINDA LEE OSWALD, Both Adults,
Individually and on Behalf of All Other
Persons Similarly Situated,

12

                                                  Plaintiffs,

13

v.

14

CONAGRA, INC., a Foreign Corporation,

15

                                                  Defendant.

16

**Case No. 2:07-cv-0259MJP**

**ORDER**

17

        THIS MATTER having come before the Court on the parties' joint motion, the Court

18

having reviewed the motion, and the Court finding good cause to grant the motion, it is hereby

19

Ordered as follows:

20

        (1)        Defendant ConAgra Foods Inc. shall retain and store, for the possibility of

21

                   later testing, thirty (30) cases of Inventoried Product for each production

22

                   day, for which it has Inventoried Product as set forth upon Exhibit "A."  In

23

                   the event that ConAgra possesses less than thirty (30) cases per production

24

                   day, it shall retain all the Inventoried Product it does possess.    The

25

                   remaining Inventoried Product reflected in Exhibit "A" may, absent FDA

                   objection, be disposed of or destroyed by Defendant ConAgra Foods, Inc.

following reasonable notice, in substantially the form attached hereto as Exhibit "C," to all known interested parties, including the FDA.

(2)     To the extent that Defendant ConAgra Foods, Inc. shall locate additional product not listed upon Exhibit "A," it shall seek further order of this court with respect to any disposition thereof.

(3)     Defendant ConAgra Foods, Inc. shall retain and store all Individual Jars, as defined herein, pursuant to prior order this court.

IT IS SO ORDERED.

DATED this _____23rd_____ day of MAY, 2007.


Marsha J. Pechman
U.S. District Judge


Consented to as to Form and Content:

 /s/  William D. Marler
William D. Marler
Marler Clark, L.L.P., P.S.
6600 Columbia Center
701 Fifth Avenue
Seattle, WA  98104
Telephone:  (206) 346-1888
*Attorneys for Plaintiffs*

1

2      /s/
 _____

3     David Ernst, Esq.
      Bullivant Houser Bailey, P.C.

4     300 Pioneer Tower
      888 SW Fifth Avenue

5     Portland, OR  97204-2089
      Direct Dial:  (503) 499.4634

6     *Attorneys for Defendants*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25