UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES WINSTON DANIELS, II, et al.,

        Plaintiff(s),

  v.

CONAGRA, INC.,

        Defendant(s).

NO. C07-259MJP

ORDER GRANTING MOTION TO STAY

The above-entitled Court, having received and reviewed:

1. Defendant's Motion for a Stay of All Proceedings

2. Plaintiff's Response in Opposition to Defendant's Motion for a Stay of All Proceedings

3. Reply in Support of Defendant's Motion for a Stay of All Proceedings

and all exhibits and declarations attached thereto, makes the following ruling:

IT IS ORDERED that the motion is GRANTED, and a stay is ordered of all proceedings in this matter, except for mutually agreed-to procedures to inspect, test, preserve, or document material or relevant evidence. The stay is in effect until such time as the Judicial Panel on Multidistrict Litigation decides to transfer all federal cases to a single MDL forum.

The clerk is directed to provide copies of this order to all counsel of record.

Dated: June _27_, 2007

Marsha J. Pechman
U.S. District Judge

**ORDER ON
MTN TO STAY- 1**